IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRAIG RICHARD,**<br><br>                              Plaintiff,<br><br>    v.<br><br>**CDCR, et al.,**<br><br>                              Defendant. | Case No. 2:25-cv-02135 DAD CKD<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

   Having read and considered Defendant Vang's first request for an extension of time to file a responsive pleading to Plaintiff's First Amended Complaint, the declaration of Defendant's counsel supporting the request, and for good cause appearing, the *ex parte* application is **GRANTED**.

   Defendant Vang must file a responsive pleading to Plaintiff's First Amended Complaint on or before **January 26, 2025**.

   **IT IS SO ORDERED**.

Dated: December 22, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1